UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

TRAVELERS PROPERTY CASUALTY COMPANY         23-cv-5115 (JGK)
OF AMERICA,
                                            ORDER
                    Plaintiff,

        - against -

HARLEYSVILLE WORCESTER INSURANCE
COMPANY,

                    Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

September 21, 2023.

SO ORDERED.

Dated:    New York, New York
          September 7, 2023

                                    _____
                                          John G. Koeltl
                                    United States District Judge