UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,
                           Plaintiff(s)

                           23 civ 5115 (JGK)

         -against-

HARLEYSVILLE WORCESTER INSURANCE COMPANY,
                           Defendant(s).
-------------------------------------------------------------X

## ORDER

A scheduling order having been entered on September 22, 2023,

The conference scheduled for October 24, 2023, at 3:00pm, is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 18, 2023